IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY MAZZA, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEERLESS INDEMNITY INSURANCE COMPANY, | : | No. 13-3225 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **7th** day of **August**, **2013**, for the reasons set forth in the Court's Memorandum dated August 7, 2013, it is hereby **ORDERED** that the case is **REMANDED** to the Court of Common Pleas of Montgomery County.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**